# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Filer's Name: VICTOR HUGO HUEZO | Atty Name (if applicable): Baruch C. Cohen |
| Street Address: _____ | CA Bar No. (if applicable): 159455 |
| _____ | Atty Fax No. (if applicable): 323/937-4503 |
| Filer's Telephone No.: _____ | |

| | |
|---|---|
| In re: VICTOR HUGO HUEZO | Case No.: 2:11-BK-35922-EC |
| | Chapter 7 _X_  11 ____  13 ____ |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ____    No _X_

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___  B _X_  C _X_  D ___  E ___  F ___  G ___  H ___  I ___  J ___

Statement of Social Security Number(s) ___    Statement of Financial Affairs ___

Statement of Intention ___    Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, _Victor Hugo Huezo_, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 8-2-11

_[signature]_
Debtor Signature
VICTOR HUGO HUEZO

_____
Co-Debtor Signature

** FOR COURT USE ONLY **

** SEE REVERSE SIDE **

B-1008
B-1008 Revised November 2003

B6B (Official Form 6B) (12/07)

In re VICTOR HUEZO
_____,
Debtor(s)

Case No. 2:11-BK-35922-EC
(If known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANK OF AMERICA # 1022 Location: In debtor's possession | H | $ 76.00 |
| | | BANK OF AMERICA # 8283 Location: In debtor's possession | J | $ 45.00 |
| | | BURBANK COMMUNITY FEDERAL CREDIT UNION # 9334 Location: In debtor's possession | | $ 85.00 |
| | | CHASE # 3001 Location: In debtor's possession | | $ 98.00 |
| | | ING DIRECT # 1357 Location: In debtor's possession | | $ 11.00 |
| | | LOCKHEED FEDERAL CREDIT UNION # 5900 Location: In debtor's possession | | $ 110.00 |
| | | US BANK # 9184 Location: In debtor's possession | | $ 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Page 1 of 4

B6B (Official Form 6B) (12/07)

In re VICTOR HUEZO  
Debtor(s)

Case No. 2:11-BK-35922-EC  
(If known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband–H / Wife–W / Joint–J / Community–C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | MISCELLANEOUS FURNISHINGS<br>Location: In debtor's possession | | $ 3,200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHES<br>Location: In debtor's possession | | $ 250.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | GOLF CLUBS<br>Location: In debtor's possession | | $ 200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | ALLSTATE TERM LIFE INSURANCE<br>Location: In debtor's possession | | $ 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | FREMONT INVESTMENT HOLDINGS, INC.<br>Location: In debtor's possession | | $ 0.00 |
| | | HUEZO & JONES LLC DBA SPARTAN SOLUTIONS<br>Location: In debtor's possession | | $ 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |

Page  2  of  4

B6B (Official Form 6B) (12/07)

In re VICTOR HUEZO
Debtor(s)

Case No. 2:11-BK-35922-EC (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | IRS REFUND 2006-2010<br>Location: In debtor's possession | | $ 2,046.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 2010 CHEVROLET TAHOE, 23,300 MILES<br>Location: In debtor's possession | | $ 27,850.00 |
| 26. Boats, motors, and accessories. | | 2000 SMOKERCRAFT, 23 FEET, WITH TRAILER<br>Location: In debtor's possession | | $ 4,910.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | COMPUTER AND PRINTER<br>Location: In debtor's possession | | $ 600.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Page 3 of 4

B6B (Official Form 6B) (12/07)

In re VICTOR HUEZO
Debtor(s)

Case No. 2:11-BK-35922-EC (If known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | LAKE POWELL HOUSEBOAT TIMESHARE. DEBTOR OWNS 1/6 OF SHARE<br>Location: In debtor's possession | | $ 1,333.00 |
| | | VICTOR HUEZO VS JOEY BALL: JB charged VH usurious rates of interest on a $404k loan. VH is additionally entitled to damages for ALL the interest previously paid:<br>$84,984.75 Usurious 2010 interest payments<br>($28,328.25 X 3=$84,984.75)<br>Location: In debtor's possession | | $ 84,984.75 |
| | | VICTOR HUEZO VS JOEY BALL: JB charged VH usurious rates of interest on a $404k loan. VH is entitled to damages for ALL the interest previously paid:<br>$41,227.80 Usurious 2009 interest payments<br>$28,328.25 Usurious 2010 interest payments<br>$69,556.05<br>Location: In debtor's possession | | $ 69,556.05 |
| | | **Fremont Investment Holdings Inc: Legal Fees Advanced & Miscellaneous Expenses Advanced** | | $25,000.00 |
| | | | Total → | $220,355.80 |

Page 4 of 4

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (4/10)

In re **Victor Hugo Huezo**, Debtor

Case No. _____

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** Cash 9401 Wayside Dr., Shadow Hills, CA 91040 | C.C.P. § 703.140(b)(5) | 80.00 | 80.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** Bank of America Checking Account 9401 Wayside Dr., Shadow Hills, CA 91040 | C.C.P. § 703.140(b)(5) | 46.00 | 46.00 |
| U.S. Bank Checking Account 9401 Wayside Dr., Shadow Hills, CA 91040 | C.C.P. § 703.140(b)(5) | 11.00 | 11.00 |
| Burbank Credit Union Checking Account 9401 Wayside Dr., Shadow Hills, CA 91040 | C.C.P. § 703.140(b)(5) | 85.00 | 85.00 |
| ING Savings Account 9401 Wayside Dr., Shadow Hills, CA 91040 | C.C.P. § 703.140(b)(5) | 11.00 | 11.00 |
| Chase Checking Account 9401 Wayside Dr., Shadow Hills, CA 91040 | C.C.P. § 703.140(b)(5) | 96.00 | 96.00 |
| Lockheed Credit Union Checking Account 9401 Wayside Dr., Shadow Hills, CA 91040 | C.C.P. § 703.140(b)(5) | 25.00 | 25.00 |
| **Household Goods and Furnishings** Furniture 9401 Wayside Dr., Shadow Hills, CA 91040 | C.C.P. § 703.140(b)(3) | 3,200.00 | 3,200.00 |
| **Wearing Apparel** Clothes & Golf Clubs 9401 Wayside Dr., Shadow Hills, CA 91040 | C.C.P. § 703.140(b)(3) | 450.00 | 450.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 2010 Chevrolet Tahoe 23,300 Miles 9401 Wayside Dr., Shadow Hills, CA 91040 Value from Kelly Blue Book | C.C.P. § 703.140(b)(2) | 2,525.00 | 27,850.00 |
| **Boats, Motors and Accessories** 2008 Smoker 23 Ft 9401 Wayside Dr. Shadow Hills, CA 91040 Value from N.A.D.A. Guide | C.C.P. § 703.140(b)(5) | 4,910.00 | 9,820.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Best Case Bankruptcy

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6C (Official Form 6C) (4/10) -- Cont.

In re __Victor Hugo Huezo_____,    Case No. __2:11-BK-35922-EC__
                                Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Personal Property of Any Kind Not Already Listed** Computer and Printer 9401 Wayside Dr., Shadow Hills, CA 91040 | C.C.P. § 703.140(b)(5) | 600.00 | 600.00 |
| Bank of America #8283 9401 Wayside Drive Shadow Hills, CA 91040 | C.C.P. 703.140(B)(5) | $40.00 | $40.00 |
| Tools of Trade, Professional Books 9401 Wayside Drive Shadow Hills, CA 91040 | C.C.P. 703.140(b)(6) | $400.00 | $400.00 |
| Lake Powell Houseboat Timeshare 9401 Wayside Drive Shadow Hills, CA 91040 Own 1/6 of Share | C.C.P. 703.140(b)(5) | $1,333.00 | $1,333.00 |
| Fremont Investment Holdings Advanced legal fees & Misc. expenses | C.C.P. 703.140(b)(5) | $25,000.00 | $25,000.00 |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt    Total: $38,783.00    $68,927.00

Best Case Bankruptcy